| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>**0:21-CR-60012-RS(1)** |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:25-cr-00232-JCM-NJK-1 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>Southern District of Florida | DIVISION<br>Ft. Lauderdale |
|---|---|---|
| Tonya Renee Thomas<br><br>✔ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>**JULY 30 2025**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: **AMMi** DEPUTY | NAME OF SENTENCING JUDGE<br>**The Honorable Rodney Smith, United States District Judge** | |

| SD/FL PACTS NO.: 7248843 | DATE OF<br>SUPERVISED RELEASE | FROM<br>2/15/2023 | TO<br>2/14/2026 |
|---|---|---|---|

OFFENSE:

Count Two: Importation of a Controlled Substance, in violation of Title 21 U.S.C. 952(A), a Class B felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

    **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

<br>

11/2/2022
_____
*Date*

_____
*United States District Judge*
Rodney Smith

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **THE DISTRICT OF NEVADA**

    **IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

<br>

August 1, 2025
_____
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Tonya Renee Thomas
Case No.:  TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 30, 2025

TO:    United States District Judge

On January 11, 2022, Thomas was sentenced in the Southern District of Florida by the Honorable Judge Rodney Smith to a term of 12 months imprisonment followed by three (3) years of supervised release for committing the offense of Importation of a Controlled Substance, a Class B Felony. On February 15, 2023, Thomas commenced her supervised release term in the District of Nevada.

Thomas has no intention of returning to the Southern District of Florida. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), Judge Rodney Smith has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2025.07.30
14:54:35 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2025.07.30
14:53:28 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer